Douglas W. Robinson (SBN: 255909)
dwrobinson@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016

Attorneys for Plaintiff Dust Free, LP, and
Burnett Environmental Industries, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUST FREE, LP, a Texas limited partnership; and BURNETT ENVIRONMENTAL INDUSTRIES, LLC, a Texas limited liability corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STERIL-AIRE, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:09-cv-04616-AHS (ANx)<br><br>Judge: Hon. Alicemarie H. Stotler<br><br>[PROPOSED] ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL<br><br>Case transferred: June 26, 2009 |

Upon consideration of the parties' Stipulation of Voluntary Dismissal, and good cause appearing therefor,

---

57600V1

[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY ORDERED** that the matter of *Dust Free, LP et al. v. Steril-Aire, Inc.*, Case No. 2:09-cv-04616-AHS (ANx) is dismissed without prejudice, with each party to bear its own attorneys' fee and costs.

Dated: July 24, 2009.

By: ALICEMARIE H. STOTLER
Hon. Alicemarie H. Stotler
U.S. District Court Judge